November 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

TANZA ABDULLAH, Appellant

NO. 14-16-00270-CV                V.

AMERICAN MACHINE CORP., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 3, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tanza Abdullah.

We further order this decision certified below for observance.